

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24cr139 HSO-BWR

DAWN JACINTA LEWIS  21 U.S.C. § 846
 21 U.S.C. § 841(a)(1)

**The United States Attorney charges:**

That beginning as early as January 2023 and continuing through February 2023, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DAWN JACINTA LEWIS**, did knowingly and intentionally conspire with others, known and unknown, to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)

All in violation of Title 21, United States Code, Section 846.

<u>**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**</u>

As a result of committing the offense as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

_____
for TODD W. GEE
United States Attorney